Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No. 06cv6813 <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Lloyd H. Eskew, <br><br> Plaintiff, <br><br> v. <br><br> Pfizer, Inc., <br><br> Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, LLOYD H. ESKEW and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009    By: _____
Christopher A. Seeger, Esquire
Seeger Weiss LLP
One William Street
New York, NY 10004
(212) 584-0700

*Attorneys for Plaintiff*

Dated: August 6, 2009    By: _____

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____ August 11 _____, 2009

_____
Hon. Charles R. Breyer
United States District

**GRANTED**
*[signature]*
Judge Charles R. Breyer

*[Seal: United States District Court, Northern District of California]*